Daniel R. Shaw (SB No. 281387)
daniel@shawfirm.com
Shaw Firm
3196 S. Higuera Street, Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian ad litem Farrah McWilliams, | CASE NO.: 1:21-cv-01766-NONE-EPG |
| Plaintiffs, | |
| v. | **PETITION FOR GUARDIAN AD LITEM** |
| Tulare City School District, | |
| Defendant. | |

Farrah McWilliams, individually and as proposed guardian ad litem of J.M., a minor:

1.　J.M. is a minor child.  He was born on July 31, 2016.

2.　J.M. has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

3.　Farrah McWilliams is J.M.'s mother, primary caretaker, and education rights holder.

4.　Mrs. McWilliams resides in Tulare, California, and is fully competent to act as J.M.'s guardian ad litem.  Mrs. McWilliams does not have any interests adverse to J.M. and is not connected in business with the proposed adverse party.  Mrs. McWilliams is fully competent and responsible to prosecute the proposed action for S.B.

5.　Daniel Shaw was retained by Mrs. McWilliams to represent J.M. in this matter.  The Shaw Firm will be compensated in this matter should they be deemed the prevailing party.  Daniel Shaw did not become involved in this matter at the insistence of the

Defendant.  Daniel Shaw stands in no relationship to any Party, other than as attorney for Mrs. McWilliams and J.M.

WHEREFORE, Plaintiff J.M. hereby moves the Court for an order appointing Farrah McWilliams as guardian ad litem of J.M.

                                                                        Respectfully submitted,

Dated:  December 17, 2021                                    /S/ DANIEL R. SHAW

                                                                             Daniel R. Shaw
Attorney for Plaintiff