| | |
|---|---|
| 1 | Daniel R. Shaw (SB No. 281387) |
| | daniel@shawfirm.com |
| 2 | Shaw Firm |
| | 3196 S. Higuera Street, Suite E |
| 3 | San Luis Obispo, CA 93401 |
| | Telephone: (805) 439-4646 |
| 4 | Facsimile: (805) 301-8030 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian ad litem Farrah McWilliams, | CASE NO.: 1:21-cv-01766-NONE-EPG |
| Plaintiffs, | |
| v. | |
| Tulare City School District, | **[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM** |
| Defendant. | |

On December 14, 2021, Farrah McWilliams, individually and as proposed guardian ad litem of J.M., a minor child, filed this action against Defendant Tulare City School District ("Defendant"), asserting a partial appeal of an administrative decision issued by the Office of Administrative Hearings ("OAH"), violations of Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act, and for attorney's fees pursuant to 20 U.S.C. § 1415.  The same day, Plaintiff J.M. filed a motion to appoint his mother, Farrah McWilliams, as *guardian ad litem*.

"To maintain a suit in a federal court, a child or mental incompetent must be represented by a competent adult." *Doe ex rel. Sisco v. Weed Union Elementary School Dist*., 2:13-cv-01145, 2013 WL 2666024 at *1 (E.D. Cal. June 12, 2013) (citation omitted).  Rule 17(c) governs the appearance of minors and incompetent person in federal court.  Rule 17(c)(1) prescribes: "The following representative may sue or defend of behalf of a minor or incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary."  Rule 17(c)(2)

states that, "[a] minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."

A court has broad discretion in ruling on a *guardian ad litem* application. *Basque v. Cty. of Placer*, 2017 U.S. Dist. LEXIS 117290 at *2 (E.D. Cal. July 26, 2017). In general, a parent is presumed to act in his or her child's best interest. *See Parham v. J.R.*, 442 U.S. 584, 604 (U.S. 1979) (noting general presumption that parents are presumed to act in the child's best interest).

Upon review, the Court finds Plaintiff J.M.'s motion to appoint Farrah McWilliams as his *guardian ad litem* should be granted. Mrs. McWilliams, as Plaintiff J.M.'s mother, is presumed to act in his best interests, and there is nothing before the Court to undermine that presumption here.

Accordingly, IT IS ORDERED that:

1. Plaintiff J.M.'s "Petition for Guardian ad Litem" is GRANTED; and
2. Farrah McWilliams is hereby appointed as Plaintiff J.M.'s *guardian ad litem*.

Dated:

UNITED STATES DISTRICT JUDGE