UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian ad litem Farrah McWilliams,<br><br>Plaintiff,<br><br>v.<br><br>TULARE CITY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:21-cv-01766-AWI EPG<br><br>ORDER RE: DEFENDANT'S MOTION TO APPOINT COUNSEL<br><br>(ECF No. 14) |

    Before the Court is Defendant Tulare City School District's motion to appoint counsel. (ECF No. 14.) Although filed as a motion to appoint counsel, the document is entitled a notice of association of counsel. (*See id.*.) Because Defendant is represented by counsel in this matter as set forth in the notice of association of counsel, IT IS HEREBY ORDERED that the request to appoint counsel (ECF No. 14) is denied as moot. The Clerk of Court is respectfully directed to update the docket to reflect that Defendant is represented by James D. Weakley and David Gonzalez of Weakley & Arendt, PC as stated in the notice of association of counsel.
IT IS SO ORDERED.

Dated:   **April 11, 2022**                     /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE