# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., *a minor, by a through his guardian ad litem, Farrah McWilliams*<br><br>Plaintiff,<br><br>v.<br><br>TULARE CITY SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:21-cv-01766-AWI-EPG<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 28). |

On November 30, 2022, the parties filed a joint stipulation to modify the scheduling order. (ECF No. 28). Based on the parties' stipulation, IT IS ORDERED that:

1. The date for Plaintiff to lodge the administrative record is extended to January 30, 2023.
2. Additionally, opening briefs regarding the IDEA appeal shall be filed by March 30, 2023, and reply briefs shall be due by May 2, 2023.

IT IS SO ORDERED.

Dated:  **December 1, 2022**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1