Daniel R. Shaw, Esq. (SBN 281387)
daniel@snydershaw.com
Collen Snyder, Esq. (SBN 274064)
colleen@snydershaw.om
Snyder & Shaw LLP
3196 S. Higuera St. Suite E
San Luis Obispo, CA 93401
Phone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff J.M.

James D. Weakley, Esq. (SBN 082853)
jim@walaw-fresno.com
Matthew P. Bunting. Esq. (SBN 306034)
matthew@walaw-fresno.com
Weakley & Arendt PC
5200 N. Palm Avenue, Suite 211
Fresno, CA 93704
Phone: (559) 221-5262
Facsimile: (559) 221-5262

Attorneys for Defendant, Tulare City School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian ad litem Farrah McWilliams, <br><br> Plaintiffs, <br><br> v. <br><br> TULARE CITY SCHOOL DISTRICT. <br><br> Defendants. | Case No. 1:21-cv-01766-AWI-EPG <br><br> ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER <br><br> (ECF No. 40). |

Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the scheduling order entered on December 1, 2022 (ECF No. 29) be modified regarding the briefing schedule with respect to the IDEA appeal.

Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California*

1

*Edison Co*., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F.2d at 607).

      Good cause exists for this extension.  Plaintiff's counsel made diligent efforts to secure a copy of the administrative record from the Office of Administrative Hearings ("OAH").  See Declaration of Daniel R. Shaw.  On January 27, 2023, Parties filed a joint request to seal the administrative record in *J.M. v. Tulare City School District*, OAH Case No, 2021030770.  (ECF No. 30).  The administrative records, which contained almost four thousand pages, was believed to be complete.  *Id*.  Upon preparing Plaintiff's opening brief, it was discovered that two important witness transcripts were either incomplete or missing altogether.  *Id*.  A complete copy of the underlying administrative record is required for Parties and this Court to conduct a thorough review of the records as it pertains to the issued being appealed.

      For these reasons, the Parties respectfully ask the Court to vacate the current deadlines to file the opening briefs of March 30, 2023, and reply briefs on May 2, 2023.  The Parties also respectfully request that the Court set a status conference approximately two months out to give the Parties time to contact the OAH regarding the missing portions of the administrative record.  At the status conference, the Parties will update the Court regarding whether the OAH can produce the missing portions of the administrative record.  If the OAH is not able to produce the missing portions, then Parties will discuss how to proceed forward at the status conference with the help of the Court.  This Status Conference would also be used to set a new a briefing schedule for the parties.

      Respectfully submitted:

DATED: March 20, 2023          WEAKLEY & ARENDT
A Professional Corporation

By:   */s/ Matthew P. Bunting*
James D. Weakley, Esq.
Matthew P. Bunting, Esq.
Attorneys for Defendant Tulare City School District

DATED: March 20, 2023          SHAW FIRM

By:   */s/ Daniel R. Shaw*
Daniel R. Shaw, Esq.
Attorneys for Plaintiff, J.M.

**ORDER**

Based on the parties' stipulation (ECF No. 40), the Court VACATES the briefing deadlines regarding the IDEA appeal. Further, the Court SETS a status conference for May 31, 2023, at 11:00 AM. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint report one full week prior to the conference regarding the status of the missing OAH transcripts, and any proposed next steps.

IT IS SO ORDERED.

Dated:  **March 20, 2023**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE